UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LINDA SHAW, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:21-cv-00272-HAB |
| REGAL-BELOIT AMERICA, INC., | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendant, Regal Beloit America, Inc., and Plaintiff, Linda Shaw, hereby stipulate to the dismissal of this cause of action, including all claims therein, with prejudice, in its entirety. Each party is to bear its own costs and attorneys' fees.

Respectfully submitted,               Respectfully submitted,

*/s/ Sarah A. Fox Ruddell*              */s/ David A. Nacht (w/ permission)*
Sarah Fox Ruddell (35667-49)           David A. Nacht (P47034)
Ryan J. Sterling (34212-49)            NACHT LAW, P.C.
Littler Mendelson, P.C.                101 North Main St., Suite 555
111 Monument Circle, Suite 702         Ann Arbor, MI 48104
Indianapolis, IN 46204                 Telephone: 734.663.7550
Telephone: 317.287.3600                Facsimile: 734.663.7592
Facsimile: 317.636.0712                Email: dnacht@nachtlaw.com
Email: sfox@littler.com
       rsterling@littler.com           *Attorney for Plaintiff*

*Attorneys for Defendant*